JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. HUYNH,<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 2:24-cv-05682-AB-PD<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION [16]**<br><br>Honorable André Birotte, Jr.<br>United States District Judge |

Having reviewed the parties' Stipulation for Voluntary Dismissal, this action is hereby **DISMISSED** with prejudice.  Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  August 21, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1

1